

UNITED STATES DISTRICT COURT
For The
SOUTHERN DISTRICT of FLORIDA

| | |
|---|---|
| Robert Allen Austin ) | Civil Action No. 2:23-cv-14370-AMC |
|    Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| Elizabeth Rose McHugh ) | |
| James Walter McCann ) | |
|    Defendants ) | |

## Motion: To Reconsider Docket Entry (12) Order Dismissing Claim Sua Sonte: Rule 60 (a), (b)(4) for lack of Jurisdiction.

Hear ye hear ye: The Sue Sponte Judgement is legal void it fails to support that any court or officers of any Court Federal or States to have any authority to invoke Subject Matter Jurisdiction by Free Will. And the filed Motion, Claim supports that free will subject matter jurisdiction was invoked by both named defendants in that motion claim Doc. # (6). Both Defendants act was void that court could not legally hear that action by legal Jurisdiction. Defendants act was illegal when it was performed, they failed to dispose of a void Motion that lacked Legal Subject Matter to be heard by that Courts Subject Matter Jurisdiction by all State of Florida Law Requirements. And I, Robert Allen Austin/ROBERT ALLEN AUSTIN Affidavit of Reservation of Rights renders Docket # (12) Void/null, there is no law that invokes any Immunity Doctrine or Case Law that Supersedes UCC laws that are written Contract Laws, are legal binding laws over Federal and State officers of their oaths of office by (Sale of Goods) of (Knowledge) Defendants, this Federal Judge are in Breach of their Oaths: By Bad Faith, I, Robert Allen Austin/ROBERT ALLEN AUSTIN: Demand that Order to Dismiss Doc. (12) Must be Corrected.

And I, Robert Allen Austin/ROBERT ALLEN AUSTIN am not Property of Free will Jurisdiction of any form of illegal Free will Jurisdiction of Laws by Any Federal Courts or State Courts that wish to operate under Free will Jurisdiction by any unwritten or any written law that is applied by free will Jurisdiction of Law that they choose to create. And it is clear this federal Judge is granting Defendants Law Jurisdiction that was barred by Florida State Statue 48.193 (b)(5) that Made Michele Austin/Vargas Motion for civil contempt Void when filed of any legal Florida State rule of laws or Statues when it was filed on 10/28/2019. Thereby Making the Order to Dismiss by Sua Sponte by this Federal Judge and illegal act. All Federal and State employees are paid for their (Sale of Goods) for their knowledge to perform written legal acts and when an act is performed illegally it creates a theft by (Fraud and Deception) of all legal written Laws of this Nation and its law Authority. Making that act in breach of their Oaths of office by UCC Contract Laws. And I, Robert Allen Austin/ROBERT ALLEN AUSTIN am Protected from those illegal acts by Sovereign Authority though my legally Registered Affidavit of Reservation of Rights by UCC, But, not limited to 1-308/1-207. That is being filed by (Motion: To Take Notice of a Registered Deed of a Affidavit of Reservation of Rights. Thereby dismissing this case Sua Sponte brings Rise to a criminal act by this Federal judge under Title 18 U.S.C. § 241, 242. By attempting to make Defendant Illegal Act Legal by the use of free will Jurisdiction making it Bad Faith jurisdiction.

## CERTIFICATE OF SERVICE.

I, Robert Austin Hereby certify that the foregoing Document(s) sent by U.S. Mail. to counsel of record stated below:

Office of Attorney General Ashely Mooney: for the legal Affairs office Divion. At the Collins Building 107 West Gaines Street L66, Tallahassee, Florida 32399.

Dated: 12/8/2023

Counsel of Record: Robert Allen Austin

(Foot Notice)
(Motion: (To Reconsider) to
be filed first on 12/8/2023)

5996 SW Markel Street
Palm City, Florida 34990
Cell Phone #: (772) 882 - 5114
E-Mail: robert_austin46@aol.com