# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

April 18, 2024

Clerk - Southern District of Florida
U.S. District Court
400 N MIAMI AVE
MIAMI, FL 33128-1810

FILED BY ____AP____ D.C.

Apr 18, 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Appeal Number: 24-10286-CC
Case Style: Robert Austin v. Elizabeth McHugh, et al
District Court Docket No: 2:23-cv-14370-AMC

A copy of this letter, and the judgment form if noted above, but not a copy of the court's decision, is also being forwarded to counsel and pro se parties. A copy of the court's decision was previously forwarded to counsel and pro se parties on the date it was issued.

The enclosed copy of the judgment is hereby issued as mandate of the court. The court's opinion was previously provided on the date of issuance.

Clerk's Office Phone Numbers

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

Enclosure(s)

MDT-1 Letter Issuing Mandate

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10286

_____

ROBERT A. AUSTIN,

                    Plaintiff-Appellant,

*versus*

ELIZABETH ROSE MCHUGH,
Magistrate,
JAMES W. MCCANN,
Judge,

                    Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:23-cv-14370-AMC

_____

Case 2:23-cv-14370-AMC Document 30 Entered on FLSD Docket 04/19/2024 Page 3 of 7
USCA11 Case: 24-10286 Document: 16-2 Date Filed: 04/18/2024 Page: 2 of 2

2                                                                           24-10286

## JUDGMENT

It is hereby ordered, adjudged, and decreed that the opinion issued on this date in this appeal is entered as the judgment of this Court.

Entered: March 4, 2024

For the Court: DAVID J. SMITH, Clerk of Court

ISSUED AS MANDATE: April 18, 2024

[DO NOT PUBLISH]

# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

No. 24-10286

Non-Argument Calendar

_____

ROBERT A. AUSTIN,

                          Plaintiff-Appellant,

*versus*

ELIZABETH ROSE MCHUGH,
Magistrate,
JAMES W. MCCANN,
Judge,

                          Defendants-Appellees.

_____

| 2 | Opinion of the Court | 24-10286 |

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 2:23-cv-14370-AMC

_____

Before JORDAN, JILL PRYOR, and NEWSOM, Circuit Judges.

PER CURIAM:

This appeal is DISMISSED, *sua sponte*, for lack of jurisdiction. Robert Allen Austin, proceeding *pro se*, appeals from the district court's order dismissing his complaint as frivolous. Austin's motion for relief under Rule 60, which was his first post-judgment motion challenging the dismissal, tolled the appeal period, such that it ran from the entry of the district court's paperless order denying his motion. *See* Fed. R. App. P. 4(a)(4)(A) (providing that the time to file an appeal runs from the entry of the order disposing of the last such remaining motion). Because that paperless order was entered on December 11, 2023, the 30-day statutory time limit required him to file a notice of appeal on or before January 10, 2024. *See* 28 U.S.C. § 2107(a); Fed. R. Civ. P. 59; Fed. R. App. P. 4(a)(1)(A), (4)(A). However, Austin did not file his notice of appeal until January 26, 2024.

Accordingly, the notice of appeal is untimely and cannot invoke our appellate jurisdiction. *See Hamer v. Neighborhood Hous. Servs. of Chi.*, 138 S. Ct. 13, 21 (2017). No petition for rehearing may be filed unless it complies with the timing and other requirements of 11th Cir. R. 40-3 and all other applicable rules.

# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

David J. Smith
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

March 04, 2024

MEMORANDUM TO COUNSEL OR PARTIES

Appeal Number: 24-10286-CC
Case Style: Robert Austin v. Elizabeth McHugh, et al
District Court Docket No: 2:23-cv-14370-AMC

Opinion Issued
Enclosed is a copy of the Court's decision issued today in this case. Judgment has been entered today pursuant to FRAP 36. The Court's mandate will issue at a later date pursuant to FRAP 41(b).

Petitions for Rehearing
The time for filing a petition for panel rehearing is governed by 11th Cir. R. 40-3, and the time for filing a petition for rehearing en banc is governed by 11th Cir. R. 35-2. Except as otherwise provided by FRAP 25(a) for inmate filings, a petition for rehearing is timely only if received in the clerk's office within the time specified in the rules. **A petition for rehearing must include a Certificate of Interested Persons and a copy of the opinion sought to be reheard.** See 11th Cir. R. 35-5(k) and 40-1.

Costs
No costs are taxed.

Bill of Costs
If costs are taxed, please use the most recent version of the Bill of Costs form available on the Court's website at www.ca11.uscourts.gov. For more information regarding costs, see FRAP 39 and 11th Cir. R. 39-1.

Attorney's Fees
The time to file and required documentation for an application for attorney's fees and any objection to the application are governed by 11th Cir. R. 39-2 and 39-3.

Appointed Counsel
Counsel appointed under the Criminal Justice Act (CJA) must submit a voucher claiming compensation via the eVoucher system no later than 45 days after issuance of the mandate or the filing of a petition for writ of certiorari. Please contact the CJA Team at (404) 335-6167 or

cja_evoucher@ca11.uscourts.gov for questions regarding CJA vouchers or the eVoucher system.

<u>Clerk's Office Phone Numbers</u>

| | | | |
|---|---|---|---|
| General Information: | 404-335-6100 | Attorney Admissions: | 404-335-6122 |
| Case Administration: | 404-335-6135 | Capital Cases: | 404-335-6200 |
| CM/ECF Help Desk: | 404-335-6125 | Cases Set for Oral Argument: | 404-335-6141 |

OPIN-1 Ntc of Issuance of Opinion